# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL KARON, individually and on behalf of all others similarly situated, | ) ) | Case No.  1:18-cv-02093-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **JOINT STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| PROVISION POWER AND GAS LLC, d/b/a QUAKE ENERGY, LLC, ET AL. | ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety, with prejudice.

Respectfully submitted,

/s/ Adam T. Savett
Adam T. Savett (VA73387)
adam@savettlaw.com
Savett Law Offices LLC
2764 Carole Lane
Allentown PA 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970

*Attorney for Plaintiff*

/s/ David M. Krueger
DAVID M. KRUEGER (0085072)
ANTHONY C. SALLAH (0092603)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
T: 216-363-4178 F: 216-363-4588
dkrueger@beneschlaw.com
asallah@beneschlaw.com

*Attorneys for Defendant Provision Power and Gas, LLC*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing *Joint Stipulation of Dismissal With Prejudice* was filed electronically on November 2, 2018 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system.

/s/ *Adam T. Savett*
Adam T. Savett
*Attorney for Plaintiff*

11690574 v1