UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL KARON, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-02093-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| PROVISION POWER AND GAS LLC, d/b/a QUAKE ENERGY, LLC, ET AL. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety, with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam T. Savett* | */s/ David M. Krueger* |
| Adam T. Savett (VA73387) | DAVID M. KRUEGER (0085072) |
| adam@savettlaw.com | ANTHONY C. SALLAH (0092603) |
| Savett Law Offices LLC | Benesch, Friedlander, Coplan & Aronoff LLP |
| 2764 Carole Lane | 200 Public Square, Suite 2300 |
| Allentown PA 18104 | Cleveland, Ohio 44114 |
| Telephone: (610) 621-4550 | T: 216-363-4178 F: 216-363-4588 |
| Facsimile: (610) 978-2970 | dkrueger@beneschlaw.com |
| | asallah@beneschlaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant Provision Power and Gas, LLC* |

IT IS SO ORDERED.

s/ Christopher A. Boyko

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE